UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER B. SINGH, | No. 2:18-cv-2929 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| USCIS, | |
| Defendant. | |

Plaintiff Veer Singh is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On June 17, 2019, the undersigned took under submission defendant's motion to dismiss. (ECF No. 16.) On June 17, 2019, plaintiff filed a document stating that plaintiff was "retaining a Lawyer" and requesting "a further Hearing." (ECF No. 18 at 1.) That same day, the parties filed a stipulation acknowledging that plaintiff "wishes to retain counsel," asking that all filing dates be vacated, and stipulating that on or before August 30, 2019, plaintiff will either file a status report or an amended complaint. (ECF No. 17.)

As this time, no hearing is necessary in this action and there are no pending filing dates. In light of plaintiff's intention to obtain counsel, the undersigned will grant plaintiff twenty-eight days to do so. The undersigned, however, will not enter the parties' stipulation as currently drafted. The stipulation fails to address the impact of plaintiff's filing of an amended complaint

1

on defendant's pending motion to dismiss. Nor does the stipulation explicitly state that defendant is consenting to plaintiff's filing of an amended complaint, or when defendant would file a responsive pleading to the amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted twenty-eight days for counsel to appear in this action; and

2. The parties' June 18, 2019 stipulation (ECF No. 17) is denied without prejudice to renewal.

DATED: June 19, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE