UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER B SINGH, | No. 2:18-cv-2929 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| USCIS, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

Plaintiff Veer Singh is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On September 28, 2020, defendant filed a motion to dismiss plaintiff's second amended complaint. (ECF No. 34.) The motion is noticed for hearing before the undersigned on November 6, 2020. Pursuant to Local Rule 230(c) plaintiff was to file an opposition or a statement of non-opposition to defendant's motion "not less than fourteen (14) days preceding the noticed . . . hearing date." Plaintiff, however, has failed to file a timely opposition or statement of non-opposition.[1]

////

---

[1] This is the second time plaintiff has failed to file a timely opposition or statement of non-opposition. (ECF No. 26.)

1

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to oppose defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution;

2. The November 6, 2020 hearing of defendant's motion to dismiss (ECF No. 34) is continued to **Friday, December 4, 2020, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **November 20, 2020**, plaintiff shall file an opposition or statement of non-opposition to defendant's motion[2]; and

4. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: October 29, 2020              /s/ DEBORAH BARNES
                                     UNITED STATES MAGISTRATE JUDGE

---

[2] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2