UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEER B SINGH, | No. 2:18-cv-2929 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| USCIS, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

    Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On May 20, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 20, 2021 (ECF No. 38) are adopted in full;

2. Defendant's September 28, 2020 motion to dismiss (ECF No. 34) is granted;

3. The second amended complaint filed September 21, 2020 is dismissed without further leave to amend; and

4. This action is closed.

Dated:  September 1, 2021          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE